UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HUBERT W. DRAW, JR., | Case No. 3:15-cv-00224-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

In this habeas corpus action, the respondents were due, on March 20, 2017, to file an answer, responding to the remaining claims in Hubert W. Draw, Jr.'s petition for writ of habeas corpus. (See Order entered December 20, 2016 (ECF No. 36).)

On March 20, 2017, respondents filed a motion for an extension of time (ECF No. 37), requesting a 14-day extension of time, to April 3, 2017. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in another case. The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that respondents' Motion for Enlargement of Time (ECF No. 37) is granted. Respondents will have until April 3, 2017, to file their answer. Thereafter, Draw will have ninety (90) days to file a reply.

DATED THIS 20th day of March 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE