UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUBERT W. DRAW, JR., <br><br> Petitioner, <br><br> v. <br><br> ISIDRO BACA, *et al.*, <br><br> Respondents. | Case No. 3:15-cv-00224-MMD-WGC <br><br> ORDER |

This action is a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Hubert W. Draw, Jr., who, on October 31, 2007, after a jury trial in Nevada's Eighth Judicial District Court (Clark County), was convicted of one count of sexual assault with a minor under sixteen years of age, and seven counts of open or gross lewdness (a gross misdemeanor).

Respondents have filed an answer, responding to the claims remaining in Draw's Petition. (ECF No. 39.) Draw did not file a reply to Respondents' answer, and, in fact, has taken no action in this case since December 19, 2016, when he filed a motion to voluntarily dismiss an unexhausted claim. (ECF No. 35.) Meanwhile, it appears that Draw might have been discharged from prison, but Draw has not provided the Court with a notice of change of his mailing address.

The Court will require Draw to either confirm that he is still located at the address he last provided to the Court—at the Lovelock Correctional Center—or file a notice informing the Court and Respondents of his new mailing address. *See* LR IA 3-1 ("An

attorney or *pro se* party must immediately file with the court written notification of any change of mailing address . . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.").

It is therefore ordered that Petitioner must, no later than July 20, 2018, either: (1) file a notice confirming that his mailing address is still at the Lovelock Correctional Center, 1200 Prison Rd., Lovelock, NV 89419, or (2) file a notice of his new mailing address.

It is further ordered that, if Petitioner does not comply with this Order within the time allowed, the Court will dismiss this action.

DATED THIS 15th day of June 2018.

MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE